```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

     SEP 29 2006

       AT SEATTLE
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEAN E. TROST,

        Plaintiff,

v.

REGENCE BLUESHIELD,

        Defendant.

Case No. C06-946P

ORDER OF DISMISSAL

    Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

    IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

    In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

    IT IS SO ORDERED this 29th day of September, 2006.



Marsha J. Pechman
United States District Judge

06-CV-00946-ORD

ORDER OF DISMISSAL